UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
|    NYLAH A. GRIFFITH-BOLDEN, ) | CHAPTER 13 |
|    Debtor ) | DOCKET NUMBER: 23-11076 CJP |
| ) | |

**AMENDED NOTICE OF INTENDED PRIVATE SALE OF REAL ESTATE, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE**

To Creditors and parties in Interest:

1. Notice is hereby given, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLHR 2002-5 and 6004-1, that the Debtor intends to sell, at private sale, all of the Debtor's rights, title and interest in the real estate located at 166 Arlington Street, Medford, Massachusetts (the "Property"). A complete description of 166 Arlington Street, Medford, Massachusetts, appears in a deed recorded at the Middlesex South Registry of Deeds in Book 1552, Page 120 Certificate 272153, Document 0180314.

2. The Debtor has received and accepted an offer of seven hundred fifty thousand ($750,000.00) dollars with only a three (3%) percent listing broker's commission due. The Buyer is obligated to consummate the purchase of the Property on or before the later of sixty (60) days from the signed Purchase and Sale Agreement or fourteen (14) days from the approval of the Sale Motion by this Court. The Parties may only extend by mutual agreement allowing the sale, failing which the deposit of fifty thousand ($50,000.00) dollars will be forfeited to the estate as liquidated and final damages and the estate's retention of the deposit shall be its sole remedy at law or equity.

3. The terms of the proposed sale are more particularly described in An Amended *Motion For An Order Authorizing The Sale Of Assets Free And Clear Of All Mortgages, Liens, and Encumbrances Pursuant to 11 U.S.C. §363(f) Regarding 166 Arlington Street, Massachusetts, A Single-Family Residence* (the "Sale Motion") filed with the Court on October 31, 2025. A copy of the Purchase and Sale Agreement with attachments is available upon written request to Debtor's Counsel, Laurel E. Bretta, Attorney, Bretta Law Advisors, P.C., 127A Main Street, Medford, Massachusetts 02155, Telephone: 781-395-1545 ext. 2. Email: corr@lbretta.com with a copy to pnocera@lbretta.com. A copy has also been filed with the Court.

4. The sale of the Property, including the land, structures, improvements, fixtures and personal property, if any, which are being sold, without representations or warranties, either express or implied, and is to be accepted by any purchaser "as is", "where is" and "with all faults".

1

5. The sale will be free and clear of all liens, claims, encumbrances, rights of first refusal, hypothecation, liabilities, equities, exceptions, options, obligations, charges, rights of third parties, restrictions, and claims of third parties, including, without limitation, junior mortgages security interests, condominium fees, abutter's claims, tax claims, municipal liens, claims by a governmental agency and general creditor claims of any type whether of record or not (the "Claims"). Such claims, to the extent valid and perfected, but not paid at closing, shall attach to the proceeds of the sale.

6. The Buyer will not be treated as a successor of the Debtor and shall not be subject to successor liability unless specifically provided for in the Purchase and Sale Agreement or any order from this Court.

7. Any objections to the sale and/or higher offers shall be filed, in writing, with the Clerk, United States Bankruptcy Court, J.W. McCormack Post Office and Courthouse, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109 on or before **December 8, 2025, at 12:00 p.m.** (the "Objection Deadline"). A copy of any objection or higher offer also shall be served upon counsel for the Debtor, Laurel E. Bretta, Attorney, simultaneously therewith along with the deposit of ten (10%) percent of the counter-offer price. Any objection to the sale must state, with particularity, the grounds for the objections and why the intended sale should not be authorized. Any counteroffer shall contain proof of availability of funds to close of one hundred (100%) percent of the counter-offer deposit or an unqualified approval letter from your lender for the full amount. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

8. Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be equal in the terms to the current offer as described plus a premium of ten (10%) percent of the purchase price (eighty hundred twenty-five thousand ($825,000.00) dollars for 166 Arlington Street, Medford, Massachusetts and the agreement to execute higher offers must also include a deposit in the amount of five (5%) percent of the counter-offer deposit (the "Counteroffer Deposit"), which will be credited at closing, and must be on terms at least as favorable to the bankruptcy estate as those set forth in the Purchase and Sale Agreement attached to the Sale Motion. In the event that a counter-offeror is determined to be the successful bidder by the Bankruptcy Court, all remaining amounts due shall be payable on or before the later of sixty (60) days from the signed Purchase and Sale Agreement or fourteen (14) days from the approval of the Sale Motion by this Court or any date set by the Bankruptcy Court, whichever is later, failing which the Counteroffer Deposit shall be forfeited, the Property will be sold to the next highest bidder, and if none, to the current offeree, without further hearing under the original terms of the Purchase and Sale Agreement.

9. A hearing on the Sale Motion, objections or higher offers is scheduled to take place on **December 9, 2025, at 11:30 a.m. (the "Hearing")** before The Honorable Christopher J. Panos, United States Bankruptcy Court, J.W. McCormack Post Office and Courthouse, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, with the option for parties in interest to appear by zoom video (**except for at least one representative of such respective bidder, both with respect to the original bidder and the competing**

2

**bidders, who should appear in person).** To Obtain the video access information for the hybrid Hearing to the extent appropriate, parties in interest may email the Courtroom Deputy at cjp_courtroom_deputy@mab.uscourts.gov by December 8, 2025, at 4:00 p.m. providing the contact information for the party seeking to appear by video. .

In the event that a hearing is held in order to rule on objections or take further bids on the Property due to the existence of qualifying counter-offer(s), the party or a representative thereof must be present at the hearing, failing which the objection or counteroffer may be stricken. At the hearing on the sale, the Court may (i) consider any requests to strike a higher offer; (ii) determine further terms and conditions of the sale; (iii) determine the requirements for further competitive bidding; and (iv) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

10. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Bankruptcy Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

11. Any questions concerning the intended sale shall be addressed to the undersigned.

                                                    Respectfully submitted,
                                                    Nylah A. Griffith Bolden,
                                                    By her attorney,

Dated: 11/26/25

                                                  /s/ Laurel E. Bretta
                                                  Laurel E. Bretta, Attorney
                                                  Bretta Law Advisors, P.C.
                                                  127A Main Street
                                                  Medford, Massachusetts 02155
                                                  Telephone: (781) 395-1545
                                                  Facsimile:  781) 395-0012
                                                  Email:  bglaw@lbretta.com
                                                  BBO #547358

CERTIFICATE OF SERVICE

  I, Laurel E. Bretta, Attorney, hereby certify that a true copy of the foregoing Amended Notice of Intended Private Sale of Real Estate, Deadline For Submitting Objections and Higher Offers, and Hearing Date regarding the Motion For An Order Authorizing the Sale of Assets Free and Clear of All Mortgages, Liens, and Encumbrances Pursuant to 11 U.S.C. §363(f) Regarding 166 Arlington Street, Medford, Massachusetts, A Single-Family Residence was served on November 26, 2025, to the following:

By electronic mail to:

| | |
|---|---|
| Carolyn Bankowski, Attorney – 13-12 | 13trustee@ch13boston.com |
| Joseph Dolben, Esquire | mabk@harmonlaw.com |
| | jdolben@ecf.courtdrive.com |
| Jeffery J. Hardiman, Esquire | Jeffrey.hardiman@brockandscott.com |
| | wbecf@brockandscott.com |
| Richard King, Esquire – B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Woodrow Augusts Martin, Esquire | mabk@harmonlaw.com |
| Richard T. Mulligan, Esquire | Richard.mulligan@brockandscott.com |
| | wbecf@brockandscott.com |

By first class mail, postage prepaid, in a sealed envelope, deposited in a post office or official depository under the exclusive custody of the United States Postal Service to:

Capital One
P.O. Box 77087
Charlotte, NC 28272-1087

Comenity Bank
350 Camino de la Reina
San Diego, CA 92108

Internal Revenue Service
(Proof of Claim Address)
P.O. Box 7346
Philadelphia, PA 19101-73456

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Midland Credit Management, Inc,
(Proof of Claim Address)
P.O. Box 2037
Warren, MI 48090

Selene Mortgage
P.O. Box 71243
Philadelphia, PA 19176-6243

Sezzle, Inc.
700 Nicolett Mall, Suite 600
Minneapolis, MN 55402

U.S. Bank National Association
Robertson, Anschutz, Scheid, Crane
13010 Morris Road
Suite 450
Alpheretta, GA 30004-3873

U.S. Bank Trust National Association
c/o Selene Finance, LP
(Proof of Claim Address)
3501 Olympus Boulevard, Suite 500
Dallas, TX 75019

Johnny Ruiz
Centre Realty Group
555 Commonwealth Avenue
Newton, MA 02459

Treetop Group, LLC
Sid Gahlot, Manager
100 Tower Office Park, Suite 1
Woburn, MA 01801

John P. D'Angelo
834 Fellsway
Medford, MA 02155

David Burns
Debco Properties
405 Waltham Street, #401
Lexington, MA 02420

Michael B. Cabral, Esquire
Gelerman and Cabral, LLC
30 Walpole Street
Norwood, MA 02062

Ms. Teresa Bolden
7962 Narnia Avenue
Las Vegas, Nevada 89113
(via email)

Nylah Griffith-Bolden
166 Arlington Street
Medford, MA 02155


Dated: November 26, 2025                    /s/ Laurel E. Bretta
                                            Laurel E. Bretta, Attorney
                                            Bretta Law Advisors, P.C.
                                            127A Main Street
                                            Medford, Massachusetts 02155
                                            Telephone: (781) 395-1545
                                            Facsimile:   781) 395-0012
                                            Email:   bglaw@lbretta.com
                                            BBO #547358


S:\S1\G\GRIFFITH-BOLDEN, NYLAH\CHAPTER 13\SALE OF 166 ARLINGTON STREET\SALE MOTION\NOTICE OF SALE 11-26-25 - AMENDED.DOCX