

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:                    |                           |
|---------------------------|---------------------------|
| Nylah Griffith-Bolden     | Chapter 13                |
|                           | 23-11076-CJP              |
| Debtor(s)                 |                           |

## ORDER

**MATTER:**
#204 Motion filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust to Continue Hearing [Re: #184 Objection to Confirmation of the Plan].

ALLOWED. THE HEARING SCHEDULED FOR 12/16/2025 IS CONTINUED TO 1/14/2026 AT 1:30 P.M. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE IN THE CONTINUED HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 12/05/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge